**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 280 MAL 2020

            Respondent

         :   Petition for Allowance of Appeal
         :   from the Order of the Superior Court

            v.

BREON POWELL,

            Petitioner

## ORDER

**PER CURIAM**

      **AND NOW**, this 23rd day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.